DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6925
   FAX: (415) 436-6748
   Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NING WU,<br><br>                    Plaintiff,<br><br>        v.<br><br>KEVIN McALEENAN, Acting Secretary of the<br>Department of Homeland Security, et al.,<br><br>                    Defendants. | C 19-02523 SK<br><br>**THIRD STIPULATION TO EXTEND DATES;<br>and ORDER** |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action.  Defendants will file their response on or before January 15, 2020.

   In light of the third requested extension for Defendants' response to the Complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by February 14, 2020,

///

///

Defendants must file their motion for summary judgment by March 16, 2020.

Date: November 13, 2019                                    Respectfully submitted,

                                                          DAVID L. ANDERSON
                                                          United States Attorney


                                                          _____/s/_____
                                                          SARA WINSLOW
                                                          Assistant United States Attorney
                                                          Attorneys for Defendants



Dated: November 13, 2019

                                                          _____/s/_____
                                                          JUSTIN X. WANG
                                                          Attorneys for Plaintiff


## ORDER

The Court HEREBY APPROVES the parties' stipulation.  However, the Court will not grant any further extensions without a showing of extraordinary good cause.


**IT IS SO ORDERED**.



Date: November 14, 2019                            _____
                                                   SALLIE KIM
                                                   United States Magistrate Judge